**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

THEODORE ANDREWS,

        Petitioner - Appellant,

    v.

KATHLEEN DICKINSON, Warden,

        Respondent - Appellee.

No. 11-17396

D.C. No. 2:11-cv-01081-DAD

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, Magistrate Judge, Presiding

Submitted September 10, 2012[**]

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

    Theodore Andrews appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Andrews contends that the district court erred in dismissing his petition for failure to state a cognizable claim. The district court correctly concluded that Andrews's petition challenging his "R" custody designation failed to raise a federally cognizable claim for which habeas relief may be granted. *See Preiser v. Rodriguez*, 411 U.S. 475, 489 (1973).

**AFFIRMED.**